UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNEN ROBERSON #981817,

    Plaintiff,

v.

    Case No. 1:24-cv-131

    HONORABLE PAUL L. MALONEY

UNKNOWN SLUSHER, et al.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants slusher and Genwicki filed a motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 13, 2024, recommending that this Court deny the motion.  The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 38) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 20) is DENIED.

Dated:  December 16, 2024                                                /s/  Paul L. Maloney
                                                                                               Paul L. Maloney
                                                                                               United States District Judge