UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNEN ROBERSON #981817,

    Plaintiff,

v.

                        Case No. 1:24-cv-131

UNKNOWN SLUSHER, et al.,

                        HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

      This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983.  Defendants Slusher and Genwicki filed their second motion for summary judgment.  The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on August 15, 2025, recommending that this Court grant the motion, decline to exercise jurisdiction over the stat law claims, and dismiss Plaintiff's claims against Defendant Dr. John Doe.   The Report and Recommendation was duly served on the parties.  No objections have been filed.  *See* 28 U.S.C. § 636(b)(1).  Therefore,

      **IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 49) is APPROVED and ADOPTED as the Opinion of the Court.

      **IT IS FURTHER ORDERED** that the Motion for Summary Judgment (ECF No. 42) is GRANTED.  Plaintiff's claims against Defendants Slusher and Genwicki are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that the Court declines to exercise jurisdiction over Plaintiff's state law claims and those claims are DISMISSED.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendant Dr. John Doe are DISMISSED WITHOUT PREJUDICE.

**IT IS FURTHER ORDERED** that this Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an appeal of this decision would not be taken in good faith.  *See McGore v. Wrigglesworth*, 114 F.3d 601, 610-11 (6th Cir. 1997), *overruled on other grounds by Jones v. Bock*, 549 U.S. 199, 206, 211-12 (2007).

A Judgment will be entered consistent with this Order.

Dated:  September 18, 2025    /s/  Paul L. Maloney
Paul L. Maloney
United States District Judge