UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SHANNEN ROBERSON #981817,

    Plaintiff,

v.

                                  Case No. 1:24-cv-131

UNKNOWN SLUSHER, et al.,            HONORABLE PAUL L. MALONEY

    Defendants.
_____/

## JUDGMENT

In accordance with the Order entered on this date:

**IT IS HEREBY ORDERED** that Judgment is entered.

Dated: September 18, 2025                      /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge